**FILED: 1/6/2012**

**JS - 6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Rafael Padilla, Jr.*, <br><br>         Plaintiff, <br><br>         v. <br><br> *United Financial Mortgage Corp., et al.* <br><br>         Defendants. | CASE NO. CV 11-7032-GHK (MRWx) <br><br> **JUDGMENT** |

Pursuant to the Court's January 6, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Rafael Padilla, Jr.'s ("Plaintiff") claims against United Financial Mortgage Corp., Mortgage Electronic Registration Systems, Inc., NDEX West, LLC, Wells Fargo Bank, N.A., and Federal National Mortgage Association are **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 6, 2012

_____
GEORGE H. KING
United States District Judge